Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
24, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed August 24, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00873-CV

____________

 

IN RE SCOTT BADER, INC., Relator

 

_____________________________________________________-

 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 

_____________________________________________________-

 

M E M O R A N D U M   O
P I N I O N

On August 24, 2005, relator filed a second
petition for writ of mandamus in this court. 
See Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In its petition, relator sought to have this
court compel the Honorable Sharolyn Wood, presiding judge of the 127th District
Court, to set aside her order of August 22, 2005, which imposed sanctions for
discovery abuse.  Relator also filed a
motion for emergency temporary relief, asking that we stay the trial of the
underlying cause pending our resolution of the petition.  See Tex.
R. App. P. 52.10.








Relator has not established that it is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus.  We also deny relator=s motion for emergency temporary
relief.

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed August 24, 2005.

Panel consists of
Chief Justice Hedges and Justices Anderson and Seymore.